UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MALIBU MEDIA, LLC,**

    **Plaintiff,**

    v.

**JENNIFER PIRTLE,**

    **Defendant.**

Case No. 2:14-cv-828
**JUDGE GREGORY L. FROST**
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of the June 5, 2015 notice of filing of bankruptcy.  (ECF No. 35.)  In light of the notice, the Court **STAYS** this case pending action by the bankruptcy court that lifts the automatic stay or concludes the bankruptcy case.  *See* 11 U.S.C. § 362(a)(1).  This Court therefore **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case and to terminate the pending motion to strike.  (ECF No. 25.)  The case and the motion will be reactivated with the lifting of the stay.  The parties must notify this Court within fourteen days of when the bankruptcy stay is lifted or the bankruptcy case has concluded.

    **IT IS SO ORDERED.**

                                          /s/ Gregory L. Frost
                                          GREGORY L. FROST
                                          UNITED STATES DISTRICT JUDGE